UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE


*169988*

Index no : 1:23-cv-00030 (MAD/ML)
Filed Date: 01/09/2023
Office No: 27297

| Plaintiff(s): | ANYELISSA FRANCO-RODRIGUEZ AND PAUL POLO |
|---|---|
| | -vs- |
| Defendant(s): | WHITNEY M. YOUNG, JR. HEALTH CENTER, ET AL |

STATE OF NEW YORK
COUNTY OF ALBANY    ss.:

Corey Doyle, the undersigned, being duly sworn, deposes and says: that the deponent is not a party to this action, is over 18 years of age and resides in the STATE OF NEW YORK.

On 01/18/2023 at 1:25 PM, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR TRIAL BY JURY, CERTIFICATE OF MERIT, GENERAL ORDER #25 CIVIL CASE ASSIGNMENT & FILING ORDER, CIVIL CASE MANAGEMENT PLAN, CONSENT TO EXERCISE OF CIVIL JURISDICTION BY MAGISTRATE JUDGE, NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE AND NOTICE TO PARTIES OF COURT-DIRECTED MANDATORY MEDIATION PROGRAM on UNITED STATES OF AMERICA, BY SERVING THE OFFICE OF THE U.S. ATTORNEY at 445 Broadway, Albany, NY 12207 in the manner indicated below:

By delivering a true copy of each to and leaving with TANYA JOHNSON, BUDGET TECHNICIAN who stated he/she is duly authorized to accept legal documents.

A description of the Defendant(s), or other person served on behalf of the Defendant(s) is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| Female | Black | Black | 37-45 | 5Ft5In-5Ft6In | 140-150lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on 01/19/2023

Notary Public

[X] Victoria Nelson
Notary Public, State of NY
No. 01NE6376548
Qualified in Albany County
Commission expires 06/11/2026

[ ] McKayla Wilkinson
Notary Public, State of New York
No. 01WI6406416
Qualified in Schenectady County
Commission expires 3/30/24

[ ] Kerry Gunner
Notary Public, State of NY
No. 01GU5038710
Qualified in Albany County
Commission expires 02/06/2023

X _____
Corey Doyle

Agent of:
Able Process Servers LLC
PO Box 747
Glens Falls, NY 12801
518-636-3092

Able Process Servers LLC
PO Box 747
Glens Falls, NY 12801

27297
27297

